UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/09
```

JOAN C. LIPIN,

                Plaintiff,

      - against -

DANA A. SAWYER, ET AL.,

                Defendants.

1:09-cv-02422-RJH

**ORDER**

      The Court is in receipt of defendants' letter of April 7, 2009, requesting that plaintiff's recent filings be stricken. In the interest of judicial economy, proceedings in this action will be stayed until the Court rules on whether plaintiff acted in contempt of Court by filing this action. Thus, defendants need not respond to plaintiff's recent motion until the Court has ruled on whether plaintiff should be held in contempt. Similarly, plaintiff need not respond to any substantive filings made by defendants until the contempt question has been resolved. Of course, this Order does not absolve plaintiff of the obligation to make the written submission called for in the Court's March 26, 2009, Order. That submission should be filed on or before April 26, 2009.

SO ORDERED.

Dated: New York, New York
       April 1O , 2009

                                                Richard J. Holwell
                                                United States District Judge